# Exhibit "A"

**FRANCO FEDERICO**
**CASE #23-13028-amc**
**Payments Made during One Year Period Prior to Filing**

**Party:** Yvonne Federico
73 Evergreen Drive
Doylestown, PA 18901-5311

| Clear Date | Transaction Type | Amount |
|---|---|---|
| | | |
| 1/9/23 | Withdrawal | $ 100,000.00 |
| | | |
| **TOTAL** | | **$ 100,000.00** |
| | | |